# EXHIBIT 1



**Tre Hargett**
Secretary of State

**Division of Business and Charitable Organizations**
**Department of State**
State of Tennessee
312 Rosa L. Parks Avenue, 6th Floor
Nashville, Tennessee 37243
Phone: (615) 741-2286
sos.tn.gov/

MIDLAND CREDIT MANAGEMENT                                           09/25/2025
PO BOX 939069
SAN DIEGO, CA 92193

RE: SHEILAH R ADAMS

VS: MIDLAND CREDIT MANAGEMENT

## Notice of Service

The enclosed process, notice or demand is hereby officially served upon you by the Tennessee Secretary of State pursuant to Tennessee law. Please refer to the process, notice or demand for details concerning the legal matter. If you have any questions, please contact the clerk of the court that issued the process, notice or demand.

The process, notice or demand may have a court date and time that you must appear to defend yourself or the number of days from the date of service by which you are required to file an answer. Failure to appear in court at the time specified or failure to file an answer in the given time could result in a default judgement being rendered against you for relief sought in the lawsuit.

The Secretary of State's office cannot give you legal advice. If you need legal advice, please consult a private attorney.

Tre Hargett
Secretary of State

**DOCUMENT INFORMATION**

| | |
|---|---|
| SOS Summons #: | C2025082788 |
| Case #: | 2334959 |
| Certified #: | 9489009000276712838821 |

SS-4214 (Rev. 8/15)                                                 RDA 1003

I, _____ _____ Deputy Clerk of the Court of General Sessions, Shelby County, Tennessee do hereby certify this to be the original Civil Warrant filed this _____ day of _____ D.C.

GENERAL SESSIONS CIVIL
SEP 17 '25 PM 2:03

## State of Tennessee, County of Shelby

**CIVIL WARRANT NO.** 2334959

**To Any Lawful Officer to Execute and Return:**

Summon to appear before the Court of General Sessions of Shelby County, Tennessee, Room 106 Shelby County Courthouse, 140 Adams Ave., Memphis, Tennessee

Midlant Credit Managent
**Defendant** _____ **Defendant** _____ **Defendant**
P.O. Box 939069
**Address** San Diego, California 92193 NMLSID 93164 **Address** _____ **Address**

on DAY Tues DATE 11-18 20 25 TIME 1:30 A.M. / P.M.

to answer in a civil action brought by the Plaintiff (s) Sheilah R Adams 3777 Ladue St. Memphis TN. 38127. Midland Credit 3rd account claim. The account has material inconsistency for violates FCRA's requirements for consistant + accurate reporting. I dispute this account, inaccuracy was not corrected. FCRA607(b) Consumer reporting agencies must follow reasonable procedures to assure maximum accuracy. FCRA 623 Creditor must notify the Credit bureaus that the account is disputed.

| under | Dollars | Atty. For Plft. | Sheilah Adams |
|---|---|---|---|
| Issued this _____ day of SEP 17 2025 20____ | | Address | 3777 Ladue St Mps, TN. 38127 |
| | | Phone | 901 690-9644 |

**TAMARA A. SAWYER Clerk of**
**General Sessions Court** Code No. _____

By _____
                                                    **Deputy Clerk**

B.P.R. No. _____

## JUDGMENT

_____ Judgment for _____

_____ and Cost

of suit and litigation taxes, for which Execution may issue.

This _____ day _____ 20 ___

_____
                                                    Judge of Division _____

## SERVICE

Came to hand same day issued and executed as commanded on _____

Came to hand same day issued and executed as commanded on _____

This _____ day of _____ 20 ___
This _____ day of _____ 20 ___

**Sheriff/Process Server**
**Sheriff/Process Server**
****SEE OTHER SIDE FOR ADDITIONAL SERVICE****

****AND NOTICE TO DEFENDANT(S)****

Came to hand same day issued and executed as commanded on _____

Came to hand same day issued and executed as commanded on _____

This_____ day of _____ 20 ____

**Sheriff/Process Server**

This_____ day of _____ 20 ____

**Sheriff/Process Server**

## NOTICE

### TO THE DEFENDANT (S):

Pursuant to Tennessee code annotated 26-2-114, you are hereby given the following notice:
Tennessee law provides a ten thousand dollar ($10,000.00) personal property exemption from execution or seizure to satisfy a judgment. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the Clerk of the Court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed, these include items of necessary wearing apparel for yourself and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized, you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer.

## AFFIDAVIT

To the best of my information and belief, after investigation of Defendant's employment, I hereby make affidavit that the Defendant is / is not a member of a military service.

_____
Attorney for Plaintiff or Plaintiff

_____
Notary Public

My Commission Expires:_____

**For Assistance in accessing the Courthouse:**
**(901) 222-2341**

Sheilah R. Adams

Bounce AI reports a collection/charge off accounts to: Trans Union with open date 9-25-24 Experian & Equifax with open date 9-1-24
Bounce AI reports dates of last activity
Trans Union 3/31/25 Experian 9/1/24 Equifax 3/1/25
Bounce AI reports accounts as not disputed

Consumer Protection afforded by the FCRA, FCRA section 602 + 607 FCRA 607(K) FCRA 623 (a)(5)

I am asking for tradeline to be removed from all credit Bureaus and $1200.00 for violation damages under $2500.00

Sheilah R. Adams