**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**

| | | |
|---|---|---|
| **SHEILAH ADAMS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CASE NO. 2:25-cv-02981** |
| | ) | |
| | ) | |
| **MIDLAND CREDIT MANAGEMENT, INC.,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

**NOTICE OF SETTLEMENT**

**NOTICE IS HEREBY GIVEN**, that Plaintiff, Sheilah Adams ("Plaintiff"), and Defendant Midland Credit Management, Inc. ("Midland") (collectively, the "Parties"), have reached a settlement in the above-captioned case. A Notice of Dismissal will be filed once the settlement documents are finalized. Therefore, the Parties respectfully request sixty (60) days to notify this Court of dismissal while the settlement documents are finalized.

Respectfully submitted,

*/s/ Ian N. Joseph*

Shaun K. Ramey
Ian N. Joseph
McGlinchey Stafford, PLLC
333 Commerce Street Suite 1425
Nashville, Tennessee 37201
(615) 762-9080 (telephone)
(615) 250-9774 (facsimile)
sramey@mcglinchey.com
ijoseph@mcglinchey.com
*Attorneys for Midland Credit Management, Inc.*

**CERTIFICATE OF SERVICE**

I, Ian N. Joseph, hereby certify that I have served a true and correct copy of the foregoing Notice of Settlement, via First Class U.S. Mail, postage paid, and/or email on November 3, 2025:

Sheilah Adams
3777 Ladue Street
Memphis, TN 38127
(901) 690-9644 (telephone)
*Pro Se Plaintiff*

*/s/ Ian N. Joseph*
OF COUNSEL