**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

---

SHEILAH ADAMS,

Plaintiff,

v.

Case No. 2:25-cv-02981-MSN-atc
JURY DEMAND

MIDLAND CREDIT MANAGEMENT, INC.,

Defendant.

---

# JUDGMENT

---

**JUDGMENT BY COURT.** This action came before the Court on Defendant's Notice of Removal (ECF No. 1), filed October 27, 2025.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Joint Notice of Stipulated Dismissal (ECF No. 8), filed December 8, 2025, this matter is hereby **DISMISSED WITH PREJUDICE**.

**APPROVED:**

*s/ Mark S. Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE

December 15, 2025
Date